**Order entered March 14, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00130-CV

### KELLEY|WITHERSPOON, LLP, ET AL., Appellants

### V.

### ARMSTRONG INTERNATIONAL SERVICES, INC., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01907-E**

## ORDER

Before the Court is appellee's March 5, 2014 motion for an extension of time to file a notice of cross-appeal. The trial court's judgment was signed on November 19, 2013. Because a timely motion for new trial was filed, the notice of appeal was due on February 17, 2014. *See* TEX. R. APP. P. 26.1(a). Appellants filed their notice of appeal on February 3, 2014. An appellee may file a notice of cross-appeal by the deadline for filing a notice of appeal or within fourteen days after the first notice of appeal is filed. *See* TEX. R. APP. P. 26.1(d). An extension of time to file a notice of appeal may be granted if a party files, within fifteen days of the deadline, a notice of appeal along with an extension motion. *See* TEX. R. APP. P. 26.3. Pursuant to these rules, the last day for appellee to file a notice of cross-appeal was March 4, 2014. Appellee filed its notice of cross-appeal on March 5, 2014. Accordingly, we **DENY** appellee's motion.

/s/     ADA BROWN
          JUSTICE